1  HASSARD BONNINGTON LLP
   THOMAS M. FRIEDER, ESQ., State Bar No. 95411
2  KENDRA J. PAPPAS, ESQ., State Bar No. 226992
   Two Embarcadero Center, Suite 1800
3  San Francisco, California 94111-3941
   Telephone: (415) 288-9800
4  Fax: (415) 288-9801
   Email: tmf@hassard.com
5         kjp@hassard.com

6  Attorneys for Defendant
   PAR PHARMACEUTICAL COMPANIES, INC.
7

8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

12 LASHAWN RIVERS, ADRIAN RIVERS,      | Case No. C 10-05677 JW
   and KHYAM BROWN, on behalf of the   |
13 Estate of Decedent, CHERYL RIVERS,  | STIPULATION AND [PROPOSED]
                                       | ORDER RELATING TO DEADLINES
14            Plaintiffs,              | FOR INITIAL DISCLOSURES,
                                       | REPORTS AND ADR
15     vs.                             |
                                       | [L.R. 7-12]
16 PAR PHARMACEUTICAL                  |
17 COMPANIES, LA RUE RIVERS, and       |
   DOES 1 through 50, inclusive        |
18                                     |
19            Defendants.              |

Case No. C 10-05677 JW
STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES, REPORTS AND ADR

## STIPULATION

On December 20, 2010, this Court entered a Reassignment Order, providing that "ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED."

On January 10, 2011, this Court entered a Clerk's Notice Resetting Case Management Conference, which reset the initial Case Management Conference to March 14, 2011 at 10:00 a.m. and the deadline for filing a Joint Case Management Conference Statement to March 4, 2011. In light of the Clerk's Notice and the procedural status of this matter, the parties, through their respective counsel, hereby stipulate to the following adjustments to other deadlines, as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, filed on December 14, 2010.

The last day for the parties to perform the following is hereby adjusted from January 18, 2011 to February 18, 2011: (1) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan [Fed.R.Civ.P. 26(f) & ADR L.R. 3-5]; (2) file the ADR Certification signed by Parties and Counsel [Civ. L.R. 16-8(b) & ADR L.R. 3-5(b)]; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference [Civ. L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)].

The last day for the parties to file a Rule 26(f) Report and complete initial disclosures or state objection in Rule 26(f) Report, is hereby adjusted from February 1, 2011 to March 4, 2011, which is consistent with the deadline to file the Joint Case Management Conference Statement.

///

///

///

Case No. C 10-05677 JW
STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES, REPORTS AND ADR

IT IS SO STIPULATED.

DATED: January 14, 2011                    HASSARD BONNINGTON LLP


/s/ Thomas M. Frieder
Thomas M. Frieder
Email: tmf@hassard.com
Attorneys for Defendant
Par Pharmaceutical Companies, Inc.


*Attorneys for Plaintiffs*

DATED: January 14, 2011                    ROBERT L. SALIM LAW OFFICE


/s/ P. Ann Trantham

P. Ann Trantham (admitted *Pro Hac Vice*)
Email: patrantham@cp-tel.net
Attorneys for Plaintiffs
LASHAWN RIVERS, ADRIAN RIVERS,
and KHYAM BROWN, on behalf of the
Estate of Decedent, CHERYL RIVERS


DATED: January 14, 2011                    LOPEZ McHUGH LLP


/s/ Matthew R. Lopez
Ramon R. Lopez
Email: rlopez@lopezmchugh.com
Matthew R. Lopez
Email: mlopez@lopezmchugh.com
Attorneys for Plaintiffs
LASHAWN RIVERS, ADRIAN RIVERS,
and KHYAM BROWN, on behalf of the
Estate of Decedent, CHERYL RIVERS

---

2

Case No. C 10-05677 JW
STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES, REPORTS AND ADR

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: January 18, 2011

_____
UNITED STATES DISTRICT CHIEF JUDGE

# PROOF OF SERVICE

**Case Name:** LaShawn RIVERS et al. v. PAR PHARMACEUTICAL COMPANIES et al.
**Court:** United States District Court, Northern District of California
**Case No.:** CV 10 5677 JW

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is Two Embarcadero Center, Suite 1800, San Francisco, CA 94111.

3. On **January 14, 2011**, I served the following documents:

   **STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES, REPORTS AND ADR**

4. I served the documents on the **persons** below as follows:

| | |
|---|---|
| Ramon R. Lopez, Esq.<br>LOPEZ McHUGH LLP<br>100 Bayview Circle, Suite 5600, North Tower<br>Newport Beach, CA 92660<br>Fax No: (949) 737-1504<br>Email: rlopez@lopezmchugh.com<br><br>*Attorneys for Plaintiff*<br>**By Electronic Filing** | Matthew R. Lopez, Esq.<br>LOPEZ McHUGH LLP<br>100 Bayview Circle, Suite 5600, North Tower<br>Newport Beach, CA 92660<br>Fax No: (949) 737-1504<br>Email: mlopez@lopezmchugh.com<br><br>*Attorneys for Plaintiff*<br>**By U.S. Mail** |

Robert L. Salim, Esq.
Ann Trantham, Esq.
LAW OFFICES OF ROBERT L. SALIM
(*Pro Hac Vice*)
1901 Texas Street
Natchitoches, LA 71457
Fax No: (318) 354-1227
Email: robertsalim@cp-tel.net

*Attorneys for Plaintiff*
**By Electronic Filing**

5. The documents were served by the following means (specify):

   __X__ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

-1-
PROOF OF SERVICE

**X** **By electronic filing.** I served the documents by electronic transmission via the internet for uploading onto the District Court website/docket.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   **January 14, 2011**

*Esther Hom* (signature)
Esther Hom

-2-

PROOF OF SERVICE