IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LaShawn Rivers, et al., | NO. C 10-05677 JW |
|     Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| PAR Pharmaceutical Cos., Inc., et al., | |
|     Defendants. | |

This case is scheduled for an Case Management Conference on March 14, 2011. On March 7, 2011, Plaintiffs filed a Motion to Continue[1] the conference on the ground that Plaintiffs filed a Motion for Leave to Amend[2] to add a new and proper Defendant which is set for a hearing on April 18, 2011. In light of the pending Motion, the Court finds the Conference premature at this time. Accordingly, the Court VACATES the March 14 Conference. The Court will set a new conference date in its Order addressing the Motion for Leave.

Dated: March 9, 2011

JAMES WARE
United States District Chief Judge

---

[1] (See Docket Item No. 27.)

[2] (See Docket Item No. 20.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kendra Pappas kjp@hassard.com
Patty Ann Trantham patrantham@gmail.com
Ramon Rossi Lopez rlopez@lopez-hodes.com
Robert Lyle Salim robertsalim@cp-tel.net
Robert Lyle Salim robertsalim@cp-tel.net
Thomas Michael Frieder tmf@hassard.com

**Dated:  March 9, 2011**                              **Richard W. Wieking, Clerk**

                                                       **By:     /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**