1  HASSARD BONNINGTON LLP
   THOMAS M. FRIEDER, ESQ., State Bar No. 95411
2  KENDRA J. PAPPAS, ESQ., State Bar No. 226992
   Two Embarcadero Center, Suite 1800
3  San Francisco, California 94111-3941
   Telephone: (415) 288-9800
4  Fax: (415) 288-9801
   Email: tmf@hassard.com
5         kjp@hassard.com

6  Attorneys for Defendants
   PAR PHARMACEUTICAL COMPANIES, INC. and
7  PAR PHARMACEUTICAL, INC.

8

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 | LASHAWN RIVERS, ADRIAN RIVERS, | Case No. C 10-05677 EJD
13 | and KHYAM BROWN, on behalf of the | **STIPULATION AND [PROPOSED]**
   | Estate of Decedent, CHERYL RIVERS, | **ORDER RELATING TO DEADLINES**
14 |                                    | **FOR INITIAL DISCLOSURES,**
15 |              Plaintiffs,           | **REPORTS AND ADR**
16 |        vs.                         | [L.R. 7-12]
17 | PAR PHARMACEUTICAL
18 | COMPANIES; PAR
   | PHARMACEUTICAL INC., LA RUE
19 | RIVERS, and DOES 1 through 50,
   | inclusive
20
21 |              Defendants.

22

23

24

25

26

27

28

1    STIPULATION

2           On April 25, 2011, this Court entered a Reassignment Order, providing

3    that "All Status and Case Management Conference dates are VACATED and will be

4    reset by the Court".  The Reassignment Order further provided that "within ten (10)

5    days of today's date, all parties shall file a joint Case Management Statement".  No

6    Case Management is currently set.  Prior to issuance of the Reassignment Order,

7    specifically, on February 2, 2011, the Court granted defendant Par Pharmaceutical

8    Companies, Inc.'s motion to dismiss for lack of personal jurisdiction.  The Court

9    subsequently granted plaintiffs' motion for leave to file first amended complaint,

10   specifically, on April 12, 2011.  On April 14, 2011, plaintiffs filed their first amended

11   complaint and, on May 16, 2011, defendants Par Pharmaceutical Companies, Inc. and

12   Par Pharmaceutical, Inc. filed their respective answers to the first amended complaint.

13   In light of the previous procedural developments and current procedural posture of this

14   case, the parties, through their respective counsel, hereby stipulate to the following

15   adjustment to deadlines:

16          Pursuant to the order issued by the Court on January 18, 2011 (i.e. prior

17   to the granting of the motion to dismiss), February 18, 2011 was the last day for the

18   parties to perform:  (1) meet and confer regarding initial disclosures, early settlement

19   ADR process selection, and discovery plan [Fed. R. Civ. P. 26(f) & ADR L.R. 3-5]; (2)

20   file the ADR Certification signed by Parties and Counsel [Civ. L.R. 16-8(b) & ADR

21   L.R. 3-5(b)]; and (3) file either Stipulation to ADR Process or Notice of Need for ADR

22   Phone Conference [Civ. L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)].  That deadline is

23   hereby adjusted to July 18, 2011.

24          Pursuant to the order issued by the Court on January 18, 2011 (i.e., again,

25   prior to the granting of the motion to dismiss), March 4, 2011 was the last day to file a

26   Rule 26(f) Report and complete initial disclosures or state objection in Rule 26(f)

27   Report.  That deadline is hereby adjusted to August 1, 2011.  The new deadline for the

28

1

1  parties to file a joint Case Management Statement is also hereby adjusted to August 1,

2  2011.

3

4                IT IS SO STIPULATED.

5

6                          CERTIFICATION

7        I, Thomas M. Frieder, hereby certify and affirm that P. Ann Trantham

8  has authorized me to affix her signature to this Stipulation and [Proposed] Order.

9  DATED:  May 18, 2011              HASSARD BONNINGTON LLP

10

11                                   /s/ Thomas M. Frieder
                                     Thomas M. Frieder
12                                   Email:  tmf@hassard.com
13                                   Attorneys for Defendant
                                     Par Pharmaceutical Companies, Inc.
14

15                                   *Attorneys for Plaintiffs*

16  DATED:  May 18, 2011              ROBERT L. SALIM LAW OFFICE

17

18                                    /s/ P. Ann Trantham
19                                   P. Ann Trantham (admitted *Pro Hac Vice*)
                                     Email:  patrantham@cp-tel.net
20                                   Attorneys for Plaintiffs
                                     LASHAWN RIVERS, ADRIAN RIVERS,
21                                   and KHYAM BROWN, on behalf of the
                                     Estate of Decedent, CHERYL RIVERS
22

23

24

25

26

27

28

Case No. C 10-05677 EJD
STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES,
REPORTS AND ADR

1

## <u>ORDER</u>

2

PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

A Case Management Conference is set for August 19, 2011 at 10:00 AM.

4

DATED:   May 19, 2011

5

6

7

UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

Case No. C 10-05677 EJD
STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES,
REPORTS AND ADR

**PROOF OF SERVICE**

**Case Name:**      **LaShawn RIVERS v. PAR PHARMACEUTICAL COMPANIES et al.**

**Court:**           **United States District Court, Northern District of California**
**Case No.:**        **CV 10 5677 EJD**

1.  At the time of service I was over 18 years of age and not a party to this action.

2.  My business address is Two Embarcadero Center, Suite 1800, San Francisco, CA 94111.

3.  On **May 18, 2011**, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES, REPORTS AND ADR**

4.  I served the documents on the **persons** below as follows:

| | |
|---|---|
| Ramon R. Lopez, Esq.<br>Matthew R. Lopez, Esq.<br>LOPEZ McHUGH LLP<br>100 Bayview Circle, Suite 5600, North Tower<br>Newport Beach, CA 92660<br>Fax No:  (949) 737-1504<br>Email:  rlopez@lopezmchugh.com<br>          mlopez@lopezmchugh.com<br><br>*Attorneys for Plaintiff* | Robert L. Salim, Esq.<br>Ann Trantham, Esq.<br>LAW OFFICES OF ROBERT L. SALIM<br>(*Pro Hac Vice* to be Submitted)<br>1901 Texas Street<br>Natchitoches, LA 71457<br>Fax No:  (318) 354-1227<br>Email:  robertsalim@cp-tel.net<br><br>*Attorneys for Plaintiff* |

5.  The documents were served by the following means (specify):

   **X**   **By electronic filing.**  I served the documents by electronic transmission via the internet for uploading onto the District Court website/docket.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:      **May 18, 2011**

*Esther Hom*
Esther Hom

-1-

PROOF OF SERVICE