P. Ann Trantham, Esq. (Admitted *Pro Hac Vice*)
Email: patrantham@gmail.com
Robert L. Salim, Esq.
Email: robertsalim@cp-tel.net
LAW OFFICES OF ROBERT L. SALIM
1901 Texas Street
Natchitoches, LA 71457
Telephone: (800) 491-1817
Fax No: (318) 354-1227

Ramon R. Lopez, Esq.
Email: rlopez@lopezmchugh.com
Matthew R. Lopez, Esq.
Email: mlopez@lopezmchugh.com
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600, North Tower
Newport Beach, CA 92660
Fax No: (949) 737-1504

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LASHAWN RIVERS, ADRIAN RIVERS, and KHYAM BROWN, on behalf of the Estate of Decedent, CHERYL RIVERS,<br><br>Plaintiffs,<br><br>vs.<br><br>PAR PHARMACEUTICAL COMPANIES; PAR PHARMACEUTICAL INC., LA RUE RIVERS, and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. C 10-05677 EJD<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs LaShawn Rivers, Adrian Rivers, and Khyam Brown, on behalf of the Estate

1

Case No. C 10-05677 EJD
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER

of Decedent, Cheryl Rivers, by and through their attorneys, and defendants Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc., by and through their attorneys, hereby stipulate that plaintiffs' claims in the above-captioned case be and hereby are dismissed without prejudice and without costs.

<u>CERTIFICATION</u>

I, P. Ann Trantham, hereby certify and affirm that the undersigned counsel, Matthew Lopez and Thomas M. Frieder, have authorized me to affix their signatures to this Stipulation and [Proposed] Order.

Dated this 2nd day of August, 2011.

ROBERT L. SALIM LAW OFFICE


/s/ P. Ann Trantham
P. Ann Trantham, Esq. (admitted *Pro Hac Vice*)
Email:  patrantham@cp-tel.net


LOPEZ McHUGH LLP

/s/ Matthew Lopez
Matthew Lopez, Esq.
Email:  mlopez@lopezmchugh.com

Attorneys for Plaintiffs
LASHAWN RIVERS, ADRIAN RIVERS, and KHYAM BROWN, on behalf of the Estate of Decedent, CHERYL RIVERS

Dated this 2nd day of August, 2011.

HASSARD BONNINGTON LLP


/s/ Thomas M. Frieder
Thomas M. Frieder, Esq.
Email:  tmf@hassard.com

Attorneys for Defendants
PAR PHARMACEUTICAL COMPANIES, INC. and PAR PHARMACEUTICAL, INC.

Case No. C 10-05677 EJD
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Clerk shall close this file.

DATED: _____August 3_____, 2011

_____
UNITED STATES DISTRICT JUDGE

3

Case No. C 10-05677 EJD
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER